# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GEMA LOPEZ, | CASE NO. CV F 11-0901 LJO |
| Debtor. | **ORDER TO SET BRIEFING SCHEDULE**<br>(Doc. 7.) |
| _____ / | |
| GEMA LOPEZ, | |
| Appellant. | |
| vs. | |
| JOHN PAGLIERO, | |
| Appellee. | |
| _____ / | |

The bankruptcy court has filed a certificate of record for this appeal. As such, this Court ORDERS:

1. Debtor/appellant Gema Lopez ("Ms. Lopez"), no later than August 31, 2011, to file and serve her opening papers and all bankruptcy court record excerpts and transcripts which she desires this Court to review;

2. Creditor/appellee John Pagliero, no later than September 14, 2011, to file and serve his opposition papers and any additional bankruptcy court record excerpts and transcripts which he desires this Court to review;

3.   Ms. Lopez, no later than September 21, 2011, to file reply papers, if any; and

4.   The parties to limit their opening and opposition points and authorities to 25 pages and Ms. Lopez' reply points and authorities to 10 pages.

This Court will consider the appeal on the record before it without oral argument, unless this Court orders otherwise. This Court has limited access to the bankruptcy court record and will rely on the parties to obtain and provide record excerpts or transcripts from the bankruptcy court docket.

IT IS SO ORDERED.

**Dated:   August 10, 2011**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE